```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTZION SCHNEIDER,

                        Plaintiff,

-v-

MARTIN AND MIRIAM APTER,

                        Defendants.

No. 07-CV-09619 (KMK)(LMS)

ORDER

KENNETH M. KARAS, District Judge:

    The Court's Docket reflects that the Complaint in this case was filed on October 30, 2007. Federal Rule of Civil Procedure 4(m) provides that service of the Summons and Complaint shall be filed within 120 days after the filing of the Complaint. As of the date of this Order, no proof of such service has been docketed. Accordingly, it is

    ORDERED that Plaintiff shall, by no later than May 15, 2008: (i) properly serve the Summons and Complaint and file proof of such action; or (ii) submit to the Court good cause for why such service has not been effected.

    The Court will dismiss this case without further notice in the event Plaintiff fails to take timely action consistent with this Order.

SO ORDERED.

Dated:    April 16, 2008
           White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE